■ SYDNEY SNITOW et al., v. NELSON C. DUKES et al.— Motion for an order vacating order of this court, entered on February 2, 1960, dismissed, with $10 costs. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ JULIO KRAMER v. CHARLES CHAPLER.— Motion for a stay granted and the stay contained in the order to show cause, dated July 10, 1959, is continued pending the hearing and determination of the appeal. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of WILLIAM RYAN v. STATE LIQUOR AUTHORITY.— Motion for a stay granted and the appeal is set down for argument or submission on November 25, 1960. The stay contained in the order to show cause, dated October 18, 1960, is continued pending the hearing and determination of the appeal on condition that the appeal is argued or submitted on November 25, 1960. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ HARRY SHAPIRO v. NEW YORK CITY TRANSIT AUTHORITY.— Motion to dismiss appeal granted. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ ESTELA B. SANGUINETTI v. ALBERTO A. SANGUINETTI.— Motion for leave to reargue granted and, upon reargument, Motion No. 122 of October 4, 1960 is denied, and Motion No. 114 of October 4, 1960 is granted, unless the appellant complies with the orders of this court entered on June 30, 1959 and the order of the Supreme Court, New York County, entered on July 14, 1959, within 30 days after the entry of the order herein, and on the further condition that the appeals are noticed for argument for January 3, 1961. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ MCNAUGHTON LITHOGRAPHING CO., INC., et al., v. GULL CONTRACTING CO., INC.— Motion for an order vacating the order of this court, entered on September 22, 1960, granted and the order of this court entered on September 22, 1960 is vacated and the appeal is reinstated. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ CHARLES RUSSHON v. AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of GRAYSON-ROBINSON STORES, INC., et al., Respondents. IRIS CONSTRUCTION CORP., Appellant.— Motion to dismiss portions of appeal denied with leave to renew upon the argument or submission of the appeal. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ (A) CONDITIONAL PURCHASE CO., INC., v. REISS MEATS, INC., et al. (B) THOR ECKERT & CO., INC., v. WILLIAM J. ROUTSIS et al.— [In each action.] Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ ANNETTE H. SLAFF v. JACOB FRIEDMAN.— Motion for leave to reargue motion of September 6, 1960, granted and, upon reargument, the motion for leave to appeal on the original record is denied. That branch of the motion requesting an extension of time within which to perfect said appeal is granted to the extent of enlarging the appellant's time to serve and file the record on appeal and the appellant's points up to and including December 22, 1960, with notice of argument for January 3, 1961, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.